Date signed January 13, 2006



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: : | |
| : | |
| STEVEN MICHAEL CURRAN : | Case No. 04-34340PM |
| : | Chapter 13 |
| Debtor : | |

## MEMORANDUM OF DECISION

This case is before the court on the Application for Administrative Expenses filed by the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., for services rendered to the Chapter 7 Trustee, Wendelin Lipp, prior to the conversion of this case to a case under Chapter 13, at which time the appointment of Wendelin Lipp was terminated pursuant to § 348(e) of the Bankruptcy Code and, similarly, the appointment of any professionals engaged by her. The Order converting the case was docketed on September 1, 2005. After the date of conversion of the case, counsel charged 5.6 hours for services rendered. The Chapter 13 Trustee opposes some of the entries, and counsel has conceded that the fee should be reduced.

The court finds that 3.1 hours work charged by attorney John Sadler should not be allowed and that the fee sought should be reduced accordingly. An appropriate order will be entered.

cc:
James M. Hoffman, Esq., 11921 Rockville Pike, Rockville, MD 20852
Wendelin I. Lipp, Trustee, 4800 Hampden Lane, Bethesda, MD 20814
Kimberly D. Marshall, Esq., 603 Post Office Road, Suite 306, Waldord, MD 20602
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718
Steven M. Curran, P.O. Box 408, Owing, MD 20736

**End of Memorandum**